# United States District Court
# Southern District of California

HON. JANIS L. SAMMARTINO

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> ROBYN LEE GARRISON (2), <br><br> Defendant. | **ORDER CONTINUING MOTION HEARING** <br><br> Case No. 3:22-cr-00580-JLS <br><br> Date: September 23, 2022 <br> Time: 1:30 PM |

Pursuant to joint motion and good cause appearing, IT IS HEREBY ORDERED that the motion hearing/trial setting be continued from July 1, 2022 to September 23, 2022 at 1:30 p.m.

For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial. Accordingly, the delay occasioned by this continuance is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED.

Dated: June 27, 2022

Hon. Janis L. Sammartino
United States District Judge

Order

1