United States District Court

Southern District of California

HON. JANIS L. SAMMARTINO

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> ROBYN LEE GARRISON (2), <br><br> Defendant. | ORDER CONTINUING MOTION HEARING/TRIAL SETTING <br><br> Case No. 3:22-cr-00580-JLS |

Based on the motion of the defendant, the stipulation of the United States, and for good cause, it is hereby ORDERED that the motion hearing/trial setting be continued from September 23, 2022 to October 21, 2022 at 1:30 p.m.

For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial. Accordingly, the delay occasioned by this continuance is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A) as well as 18 U.S.C. § 3161(h)(1)(D).

IT IS SO ORDERED.

Dated:  September 15, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge

Order

1