**United States District Court**

**Southern District of California**

HON. JANIS L. SAMMARTINO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>ROBYN LEE GARRISON (2),<br><br>　　　　Defendant. | **ORDER CONTINUING<br>MOTION HEARING**<br><br>Case No. 3:22-cr-00580-JLS<br><br>Date: November 18, 2022<br>Time: 1:30 PM |

　　　Based on the motion of the defendant, the stipulation of the United States, and for good cause, it is hereby ORDERED that the motion hearing/trial setting be continued from October 21, 2022 to November 18, 2022 at 1:30 p.m.

　　　For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial. Accordingly, the delay occasioned by this continuance is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A).

　　　IT IS SO ORDERED.

Dated: October 18, 2022

　　　　　　　　　　　　　　　　　　　　　　Hon. Janis L. Sammartino
　　　　　　　　　　　　　　　　　　　　　　United States District Judge